UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE Trade Corp., a Delaware corporation, and Alexander Rovt,  **Plaintiff,**<br><br>-v-<br><br>Alexander Anatolyevich Dubinsky and Teleradiokompania "Studia 1+1", a Ukrainian limited liability company,  **Defendant.** | Case No. 1:20-cv-1666<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

IBE Trade Corp.       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: 02/25/2020

Signature of Attorney

Attorney Bar Code: NC-5262

Form Rule7_1.pdf   SDNY Web 10/2007