AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| IBE Trade Corp. and Alexander Rovt<br>*Plaintiff*<br>v.<br>Alexander Anatolyevich Dubinsky, et ano<br>*Defendant* | ) ) ) ) ) )  Case No.  1:20-cv-1666 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs IBE Trade Corp. and Alexander Rovt        .

Date:    02/26/2020

*(signature)*
*Attorney's signature*

Brian S. Cousin (BC-5386)
*Printed name and bar number*

McDermott Will & Emery LLP
340 Madison Avenue
New York, New York  10173
*Address*

bcousin@mwe.com
*E-mail address*

(212) 547-5400
*Telephone number*

(212) 547-5444
*FAX number*