USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
IBE TRADE CORP., a Delaware corporation,           :
and ALEXANDER ROVT,                                :    Case No. 1:20-cv-01666 (MKV)
                                                   :
**Plaintiffs,**                                    :
                                                   :
v.                                                 :
                                                   :
ALEXANDER ANATOLYEVICH DUBINSKY and                :
TELERADIOKOMPANIA "STUDIA 1+1",                    :
a Ukrainian limited liability company,             :
                                                   :
**Defendants.**
-------------------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TELERADIOKOMPANIA "STUDIA 1+1" TO RESPOND TO PLAINTIFFS' COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendant Teleradiokompania "Studia 1+1" as follows:

1.  On or before July 9, 2020, counsel for Defendant Teleradiokompania "Studia 1+1" shall inform counsel for Plaintiffs whether he agrees to waive any defenses as to sufficiency of process and/or service of process of Plaintiffs' Summons and Complaint.

2.  The time for Defendant Teleradiokompania "Studia 1+1" to answer or otherwise respond to Plaintiffs' Complaint shall be extended from June 18, 2020 (assuming service of process was effectuated on May 28, 2020) to August 18, 2020.

3.  This Stipulation is made without prejudice to and waiver of Defendant Teleradiokompania "Studia 1+1"'s defenses of lack of sufficiency and service of process, personal jurisdiction, *forum non conveniens*, or any other applicable jurisdictional defenses.

**MCDERMOTT WILL & EMERY LLP**          **ARNALL GOLDEN GREGORY LLP**

By:  _/s/ Neil A. Capobianco_____      By:  _/s/ Richard J. Oparil_____
     Neil A. Capobianco                          Richard J. Oparil (RO9269)

| | |
|---|---|
| Brian S. Cousin | Gene M. Burd |
| 340 Madison Avenue | T. Chase Ogletree |
| New York, NY 10173 | 1775 Pennsylvania Avenue NW, Suite 1000 |
| (212) 547-5400 | Washington, DC 20006 |
| | (202) 677-4048 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant*<br>  *Teleradiokompania "Studia 1+1"* |

 The Clerk of Court is respectfully directed to terminate the letter motion pending at docket entry 11.

**SO ORDERED:**

*/s/ Mary Kay Vyskocil*   Dated: June 23, 2020
U.S.D.J.

2