IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1", a Ukrainian limited liability company,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-01666 (MKV)<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* FOR TERRELL CHASE OGLETREE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Terrell Chase Ogletree, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Teleradiokompania "Studia 1+1" in the above-captioned action.

I am in good standing in the bar of the State of Georgia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 10, 2020.

Respectfully Submitted,

/s/ Terrell Chase Ogletree
Terrell Chase Ogletree, Georgia Bar No. 579860
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8726
Fax: 404-873-8727
Email: chase.ogletree@agg.com

15141624v1