IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1", a Ukrainian limited liability company,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-01666 (MKV)<br><br>**AFFIDAVIT OF TERRELL CHASE OGLETREE IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE*** |

## AFFIDAVIT OF TERRELL CHASE OGLETREE

COMES NOW, Terrell Chase Ogletree, in support of his application for admission *pro hac vice* in the above-captioned matter, and swears under penalty of perjury that the following statements are true and correct:

A. I have never been convicted of a felony;

B. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

C. There are not and have never been any disciplinary proceedings presently against me.

Dated: June 29, 2020.

                                                  Terrell Chase Ogletree
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Phone: 404-873-8726
Fax: 404-873-8727
Email: chase.ogletree@agg.com

Subscribed and sworn to before me
this 29th day of June, 2020.

Notary Public

[Notary seal: ANDREA M GOSSMANN, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, EXPIRES APRIL 16, 2022]

15141740v1