IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1", a Ukrainian limited liability company,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-01666 (MKV)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* FOR**<br>**TERRELL CHASE OGLETREE** |

The motion of Terrell Chase Ogletree ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of Georgia, and that his contact information is as follows:

> Terrell Chase Ogletree
> Arnall Golden Gregory LLP
> 171 17th Street NW, Suite 2100
> Atlanta, GA 30363
> Phone: 404-873-8726
> Fax: 404-873-8727
> Email: chase.ogletree@agg.com

Applicant having requested to appear *pro hac vice* for all purposes as counsel for Defendant Teleradiokompania "Studia 1+1" in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____

15201576v1