IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1", a Ukrainian limited liability company,<br><br>Defendants. | CIVIL ACTION NO. 1:20-cv-01666 (MKV)<br><br>**MOTION FOR ADMISSION** *PRO HAC VICE* **FOR GENE M. BURD** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Gene M. Burd, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Teleradiokompania "Studia 1+1" in the above-captioned action.

I am in good standing in the Bars of the State of New Jersey, Commonwealth of Pennsylvania, and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 10, 2020.

                                                                                   Respectfully Submitted,

                                                                                   /s/ Gene M. Burd
                                                                                   Gene M. Burd, *PA Bar No. 80120, DC Bar No, 1004330 and admitted to State Bar of New Jersey (no bar no.)*
                                                                                   ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Phone: 202-677-4048
Fax: 202-677-4031
gene.burd@agg.com

15141720v1