IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1", a Ukrainian limited liability company,<br><br>Defendants. | Case NO. 1:20-cv-01666 (MKV) |

**AFFIDAVIT OF GENE M. BURD**
**IN SUPPORT OF HIS APPLICATION FOR ADMISSION *PRO HAC VICE***

COMES NOW, Gene M. Burd, in support of his application for admission *pro hac vice* in the above-captioned matter, and swears under penalty of perjury that the following statements are true and correct:

A. I have never been convicted of a felony;

B. I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

C. There are not and have never been any disciplinary proceedings presently against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2020.

Gene M. Burd, Esq.
*D.C. Bar No. 1004330*
*NJ Bar No. 034111997*
*PA Bar No. 80120,*
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Phone: 202-677-4048
Fax: 202-677-4049
gene.burd@agg.com

15141752v1