IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IBE TRADE CORP., a Delaware corporation,
and ALEXANDER ROVT,

Plaintiffs,

v.

ALEXANDER ANATOLYEVICH DUBINSKY
and TELERADIOKOMPANIA "STUDIA 1+1",
a Ukrainian limited liability company,

Defendants.

CIVIL ACTION NO. 1:20-cv-01666
(MKV)

**ORDER FOR ADMISSION**
***PRO HAC VICE* FOR**
**GENE M. BURD**

The motion of Gene M. Burd ("Applicant") for admission to practice *Pro Hac Vice* in the

above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the State of

New Jersey, Commonwealth of Pennsylvania, and District of Columbia, and that his contact

information is as follows:

Gene M. Burd
ARNALL GOLDEN GREGORY LLP
1775 Pennsylvania Avenue NW, Suite 1000
Washington, DC 20006
Phone: 202-677-4048
Fax: 202-677-4031
gene.burd@agg.com

Applicant having requested to appear *pro hac vice* for all purposes as counsel for

Defendant Teleradiokompania "Studia 1+1" in the above-entitled action.

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the

above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

15201629v1

Dated: _____                    _____