IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IBE TRADE CORP., a Delaware corporation, and ALEXANDER ROVT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDER ANATOLYEVICH DUBINSKY and TELERADIOKOMPANIA "STUDIA 1+1," a Ukrainian limited liability company,<br><br>Defendants. | Case No. 1:20-cv-01666 (MKV)<br><br>**RULE 7.1 STATEMENT** |

     Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TeleradioKompania "Studia 1+1" (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

     None.

Dated: New York, New York
       August 10, 2020

                                   **FISHERBROYLES LLP**

                               By: /s/ Matthew C. DeFrancesco
                               Matthew C. DeFrancesco
                               445 Park Ave, 9th Floor
                               New York, New York 10022
                               Phone: 914.299.1139
                               Email: Matthew.DeFrancesco@FisherBroyles.com
                               Gene M. Burd (*pro hac vice pending*)
                               1200 G Street, NW
                               Suite 800
                               Washington, D.C. 20005
                               Phone: 202.750.0529
                               Email: Gene.Burd@FisherBroyles.com
                               *Incoming Counsel for Defendant*
                               *Teleradiokompania "Studia 1+1"*