UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2021
```

IBE TRADE CORP. et al.,

                Plaintiffs,

-against-

ALEXANDER ANATOLYEVICH
DUBINSKY et al.,

                Defendants.

1:20-cv-1666 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiffs initiated this action against Defendants Alexander Anatolyevich Dubinsky and Teleradiokompania "Studia 1+1" by filing a complaint on February 25, 2020 [ECF #1]. Plaintiffs later voluntarily dismissed the action against Defendant Teleradiokompania "Studia 1+1" [ECF #35]. However, Defendant Dubinsky has not answered or otherwise appeared in this action, and Plaintiffs have not moved for a default judgment against him.

      Accordingly, IT IS HEREBY ORDERED any motion for a default judgment against Defendant Dubinsky shall be filed by January 21, 2021. Any opposition shall be filed by January 28, 2021. Plaintiffs are directed to follow the Default Judgment Procedure in the Court's Individual Rules of Practice in Civil Cases, available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil. Failure to move for a default judgment by January 21, 2021 may result in dismissal of this action against Defendant Dubinsky for failure to prosecute.

**SO ORDERED.**

Date: January 6, 2021
      New York, NY

                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**