| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: __6/14/2021__ |

IBE TRADE CORP. et al.,

                Plaintiffs,

    -against-

ALEXANDER ANATOLYEVICH DUBINSKY et al.,

                Defendants.

1:20-cv-1666 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the remaining parties shall appear for a default judgment hearing on July 2, 2021 at 10:00 AM. The hearing will be held by telephone. To join, dial 888-278-0296 and enter access code 5195844.

    IT IS FURTHER ORDERED that submissions in connection with the hearing, including any opposition to the motion for a default judgment [ECF #54], shall be filed by June 22, 2021. The parties are directed to consult the Default Judgment Procedure set forth in the Court's Individual Rules of Practice in Civil Cases. IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on Defendant Dubinsky.

**SO ORDERED.**

**Date: June 14, 2021**
**New York, NY**

                              *Mary Kay Vyskocil*
                              **MARY KAY VYSKOCIL**
                              **United States District Judge**